1  H. Tim Hoffman, SBN 49141
   Arthur W. Lazear, SBN 83603
2  Erin C. Day, SBN 184401
   **HOFFMAN & LAZEAR**
3  180 Grand Avenue, Suite 1550
   Oakland, CA  94612
4  Telephone:  (510) 763-5700

5  Mark R. Thierman, SBN 72913
   Carrie Freestone, SBN 130914
6  **THIERMAN LAW FIRM**
   120 Green Street
7  San Francisco, CA  94111
   Telephone:  (415) 391-9200
8
   Randall Crane, SBN 56806
9  **LAW OFFICES OF RANDALL CRANE**
   180 Grand Avenue, Suite 1550
10 Oakland, CA  94612
   Telephone:  (510) 465-4606
11
   Attorneys for Plaintiffs
12

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17  JAMES CARR and JENNIFER              )    **CASE NO.  01-2922-VRW**
    BELLINGER, individuals, on behalf of )
18  themselves and all others similarly situated, )  **[PROPOSED] ORDER TO**
                                         )    **CONSOLIDATE CASE WITH**
19                      Plaintiffs,      )    **COMPANION CASE FILED IN**
                                         )    **CENTRAL DISTRICT**
20       v.                              )
                                         )
21  STARBUCKS CORPORATION and            )
    DOES 1 through 100,                  )    (CLASS ACTION)
22                                       )
                        Defendants.      )
23

24

25

26       Having reviewed the stipulation between all parties, IT IS HEREBY ORDERED:

27       The above-referenced action shall be consolidated with the action entitled *Shields et al. v.*

28  *Starbucks Corporation*, Case number 01-06446 FMC (MANx), now pending in the United States

1  District Court for the Central District of California, pursuant to Rule 42(a) of the Federal Rules of Civil
2  Procedure.  The reasons for such consolidation are set forth below:
3      1.    A settlement has been reached in these matters, and it would greatly expedite the
4  matters to have the approval of the settlement heard in only one Court.  The settlement provides that
5  the motion for approval of the settlement shall be heard in the *Shields* case.
6      2.    The above-entitled case, now pending before the Honorable Vaughn R. Walker, and
7  the *Shields* case, currently pending before the Honorable Florence-Marie Cooper, are brought against
8  the same defendants on behalf of the same class of Plaintiffs based on identical causes of action seeking
9  similar damages.
10      3.    The factual distinctions between the cases are very limited and in no way conflict so as
11  to make separate trials necessary.
12      4.    All procedures will be identical in each case, and there are common questions of law
13  and fact between the cases.
14      5.    In the interest of judicial economy and the avoidance of costs and delay these causes
15  should be consolidated.

17  Dated: _____

_____
HONORABLE VAUGHN R. WALKER
DISTRICT COURT JUDGE

ORDER FOR CONSOLIDATION C01-2922 VRW      2