United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES CARR and JENNIFER BELLINGER,

        Plaintiffs,

    v

STARBUCKS CORPORATION, et al,

        Defendants.

No C-01-2922 VRW

ORDER

        The parties have reached a settlement of this matter (Doc #26, Exh A) and have stipulated to dismissal of this case, so that a single fairness hearing may be heard in a similar case, also settled, in the Central District of California. Accordingly, plaintiffs have filed a request for dismissal. Doc #26.

        Plaintiffs' request for dismissal (Doc #26) is GRANTED.

//
//
//

1  //
2  //
3  The clerk is directed to close the file and terminate all
4  pending motions.
5
6          IT IS SO ORDERED.

                                        _____
                                        **VAUGHN R WALKER**
                                        **United States District Judge**